IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

94 NOV 30 PM 3:40

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | No. 94-20207-M1 |
| CURTIS MCDONALD AND ALICE MARIE JOHNSON, | |
| Defendants. | |

### ORDER OF DISMISSAL

Upon motion of the United States and for good cause shown, the indictment in this case is hereby dismissed without prejudice.

It is so ordered this 30 day of November, 1994.

_____
HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT JUDGE

APPROVED:

VERONICA F. COLEMAN
United States Attorney
167 N. Main, Room 1026
Memphis, Tennessee 38103

By: _____
STUART J. CANALE
Assistant United States Attorney
167 N. Main, Room 1026
Memphis, Tennessee 38103
(No. 12590 Tennessee)
901 - 544-4013

This document entered on docket sheet in compliance with Rule 55 and/or 32 by FRCrP on 11-30-94

39